

**FILED**
MAY 09 2018
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18 CR 113 GKF |
| Plaintiff, | **INDICTMENT** |
| v. | [18 U.S.C. § 1038(a)(1): False Information About Bombs in Schools] |
| STEPHANIE LOUISE MONTGOMERY, a/k/a "Stephanie Louise McInturf," | |
| Defendant. | |

**THE GRAND JURY CHARGES:**

On or about March 27, 2018, in the Northern District of Oklahoma, the defendant, **STEPHANIE LOUISE MONTGOMERY**, a/k/a "Stephanie Louise McInturf," intentionally conveyed false and misleading information under circumstances where such information may have reasonably been believed, indicating that an activity had taken place which would constitute a violation of Chapter 40 of Title 18, United States Code, involving explosives, in that the defendant, **STEPHANIE LOUISE MONTGOMERY**, made a telephone call to the Claremore High School stating that "there are five bombs in backpacks at the High School" and "there are ten bombs in elementary schools."

All in violation of Title 18, United States Code, Section 1038(a)(1).

R. TRENT SHORES
UNITED STATES ATTORNEY

A TRUE BILL

_____
ROBERT T. RALEY
Assistant United States Attorney

/s/ Grand Jury Foreperson
Grand Jury Foreperson