IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 18-CR-113-GKF |
| | ) | |
| STEPHANIE LOUISE MONTGOMERY, | ) | |
| a/k/a "Stephanie Louise McInturf," | ) | |
| | ) | |
| Defendant. | ) | |

**GOVERNMENT'S MOTION FOR ONE LEVEL REDUCTION
FOR ACCEPTANCE OF RESPONSIBILITY**

The United States of America, through Robert T. Raley, Assistant United States Attorney, hereby moves that the defendant's total offense level be decreased by one additional level for early acceptance of responsibility under United States Sentencing Guidelines § 3E1.1(b). In support of its motion, the Government states that the defendant has assisted authorities in the investigation and prosecution of her own misconduct by timely notifying authorities of her intention to enter a plea of guilty, thereby permitting the Government to avoid preparing for trial and permitting the Government and the Court to allocate their resources efficiently.

Accordingly, the Government would ask the Court to decrease defendant's offense level by one additional level, as provided for in United States Sentencing Guideline § 3E1.1(b).

        Respectfully submitted,

        R. TRENT SHORES
        UNITED STATES ATTORNEY

        /s/ Robert T. Raley
        Robert T. Raley, OBA No. 013236
        Assistant United States Attorney
        110 West Seventh Street, Suite 300
        Tulsa, Oklahoma 74119
        (918) 382-2700

## CERTIFICATE OF SERVICE

      I hereby certify that on the 17th day of January, 2019, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

*John D. Russell*
*jrussell@gablelaw.com*
Defense Counsel

      /s/ Robert T. Raley
      Robert T. Raley
      Assistant United States Attorney